# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Frederick M. Fusco**

    vs.

**The City of Rensselaer, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   1:03-CV-1487

---

\_\_\_\_  **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANT'S MICHAEL BRIDGEFORD, ROBERT BUTLER, COUNCIL 82, DANIEL FUMAROLA, CHARLES HALL, JEFFREY LEAHEY, JAMES PRATT, WAYNE PEPLOWSKI, THOMAS RUDOLPH AND DAVID VANWORMER WERE PREVIOUSLY TERMINATED FROM THIS ACTION. IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON AUGUST 13, 2004.

IT IS ORDERED AND ADJUDGED THAT DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT HAVE BEEN GRANTED AND THIS ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON MARCH 22, 2006.

Dated:  March 22, 2006

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk